# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRACE L. SANDOVAL,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>BILL COLEMAN,<br><br>　　　　　　　　　Defendant. | CASE NO. 09 CV 2903 JM (POR)<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE; DENYING MOTION TO PROCEED IN FORMA PAUPERIS; DENYING MOTION FOR APPOINTMENT OF COUNSEL**<br><br>Doc. Nos. 2, 3 |

Over the past several years, Plaintiff Grace L. Sandoval has filed in excess of 90 separate actions in this district. (*See* 08cv1297, 08cv1621, 08cv1622,  08cv1623, 08cv1848, 08cv1849, 08cv1853, 98cv1854, 08cv1868, 08cv1869, 08cv1870, 08cv1944, 08cv2004, 08cv2005, 08cv2057, 08cv2104, 08cv2105, 08cv2151, 09cv0269, 09cv0422, 09cv423, 09cv0424, 09cv0437, 09cv0438, 09cv0441, 09cv0454, 09cv0455, 09cv0456, 09cv0474, 09cv0475, 09cv0476, 09cv0477, 09cv0478, 09cv0491, 09cv0492, 09cv0493,   09cv0494, 09cv0495, 09cv582, 09cv0583, 09cv585, 09cv586, 09cv0588, 09cv0600, 09cv0642, 09cv1232, 09cv1506, 09cv1506, 09cv1507, 09cv1508, 09cv1514, 09cv1515, 09cv1520, 09cv1524, 09cv1526, 09cv1849, 09cv2122, 09cv2141, 09cv2148, 09cv2204, 09cv2205, 09cv2206, 09cv2217, 09cv2218, 09cv2217, 09cv2218, 09cv2244, 09cv2245, 09cv2250, 09cv2251, 09cv2252, 09cv2304, 09cv2305, 09cv2306, 09cv2307, 09cv2308, 09cv2309, 09cv2310, 09cv2311, 09cv2312, 09cv2313, 09cv2450, 09cv2452, 09cv2453, 09cv2462,09cv2463, 09cv2464,

1  09cv2465, 09cv2466, 09cv2467, 09cv2526, 09cv2528).  Each action was brought *in propria persona*
2  and *in forma pauperis*.  Each appears to have been dismissed as frivolous or for failure to state a
3  claim.  The present complaint fairs no better.

4  Without identifying the basis for the court's subject matter jurisdiction, the complaint sets forth
5  a rambling narrative of charges and conclusions concerning, for example, allegations that Defendant
6  planned to vandalize Plaintiff's car, to "illegally" drive it to "various counties in California," and "to
7  cause pile up of cars on [the] freeway." (Doc. No. 1, Complaint).  As the present complaint, like the
8  scores of previously filed complaints, fails to identify any basis for federal jurisdiction, or to set forth
9  a coherent statement of her claims, the court dismisses the complaint at bar as frivolous, for failure
10 to state a claim, and for lack of subject matter jurisdiction.

11 The Clerk of Court is instructed to dismiss the action without prejudice.  Until Plaintiff pays
12 the filing fee or demonstrates an imminent danger of serious physical injury, the Clerk of Court is
13 instructed to reject for filing any further document received from Plaintiff in this case.  The court also
14 denies Plaintiff's motion to proceed *in forma pauperis* and for appointment of counsel as moot.

15 **IT IS SO ORDERED.**

16 DATED: January 7, 2010

17 _____
   Hon. Jeffrey T. Miller
18 United States District Judge

   cc:        All parties