# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

GRACE L. SANDOVAL,

        V.

BILL COLEMAN,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   09 CV 2903 JM (POR)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that The Clerk of Court is instructed to dismiss the action without prejudice. The court also denies Plaintiff's motion to proceed *in forma pauperis* and for appointment of counsel as moot................
..........................................................................................................................................................

| January 7, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON January 7, 2010 |

09 CV 2903 JM (POR)